UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL DANIELS,<br><br>                Plaintiff,<br><br>v.<br><br>PPD, INC., DAVID SIMMONS, JOE BRESS, STEPHEN ENSLEY, MARIA TERESA HILADO, COLIN HILL, JEFFREY B. KINDLER, P. HUNTER PHILBRICK, ALLEN R. THORPE, and STEPHEN H. WISE,<br><br>                Defendants. | Case No.: 1:21-cv-04784-KPF<br><br><br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Michael Daniels ("Plaintiff") voluntarily dismisses this action without prejudice. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: June 15, 2021

Respectfully submitted,

*/s/ Evan J. Smith*

**BRODSKY SMITH**

Evan J. Smith
240 Mineola Boulevard
Mineola, NY 11501
Phone: (516) 741-4977
Facsimile (561) 741-0626

*Counsel for Plaintiff*